| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | CR05-00819NM (HW) |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 1:07:PT:07 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | CALIFORNIA | CENTRAL |
| Mr. Krishna Lal Agrawal | NAME OF SENTENCING JUDGE | |
| | The Hon. Nora M. Manella | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/18/2006 | TO 05/17/2009 |

| OFFENSE |
|---|
| Counts 1 & 2: Transport of Hazardous Material |
| 49 U.S.C. § 5124 |

FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA - LOS ANGELES___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___WESTERN DIST. OF MICHIGAN-KALAMAZOO___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Jan. 8, 2007
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___MICHIGAN - KALAMAZOO___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2007
_____
*Effective Date*

_____
United States District Judge
Hon. Gordon J. Quist